Commonwealth ex rel. Crane, Appellant, v. Rundle.

Submitted March 21, 1966. Robert E. Crane, appellant, in propria persona; no argument was made nor brief submitted for appellee.

Order affirmed.